**Electronically Filed
Supreme Court
SCWC-14-0000985
21-DEC-2017
08:25 AM**

SCWC-14-0000985

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

PATRICK W. DEGUAIR, JR.,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000985; CR. NO. 09-1-0336)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Patrick W. Deguair,

Jr.'s application for writ of certiorari filed on October 26,

2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 21, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

